## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | |
|---|---|
| OPERATION HOMEFRONT, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 6:19-cv-06125-RTD |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| JAMES D BROCK, aka ) | |
| travlepatriot1776@gmail.com, aka ) | |
| OPERATION HOME FRONT ) | |
| Defendant. | |
| ) | |

## AGREED INJUNCTION AND ORDER

Defendant JAMES D BROCK, enters his unqualified appearance and states:

1. Defendant JAMES D BROCK is a citizen of Arkansas residing in Garland County, and more specifically Mountain Pine, Arkansas. Defendant, using the email address travlepatriot1776@gmail.com publishes a blog and related materials on Facebook under the name OPERATION HOME FRONT.

2. This Court has personal and subject matter jurisdiction. 28 U.S.C. §§ 1331, 1338(a) & (b), and the Lanham Act, 15 U.S.C. § 1121(a).

3. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (c), because Defendant resides within the jurisdiction of this Court.

4. The U.S. trademark registration of OPERATION HOMEFRONT (Plaintiff's Mark) is valid and enforceable and has become incontestable under 15 U.S.C. § 1065.

5. Defendant recently formed a community group on Facebook at https://www.facebook.com/events/631137624040936/?ti=as using the Mark OPERATION HOME FRONT.

6. Defendant has declared, as condition for resolving this case, he has forever ceased using the Mark OPERATION HOME FRONT in any social media group, across all social media and public forums, and has declared he has deleted all such data.

7. Defendant now declares and agrees that he will not use in the future any mark that is identical to or confusingly similar with Plaintiff's Mark.

8. Defendant accepts entry of a permanent injunction prohibiting his use of Plaintiff's Mark, and following entry of this relief, Plaintiff agrees it will toll its claim for damages and will dismiss the lawsuit without prejudice.

9. The Parties request, and Defendant hereby accepts the Court's entry of this permanent injunction prohibiting Defendant's use of Plaintiff's Mark (and participation with others who use Plaintiff's Mark) in identical or confusingly similar fashion, including but not limited to OPERATION HOMEFRONT, OPERATION HOME FRONT, or [BRAND] OPERATION HOME FRONT.

10. Defendant understands, agrees, and accepts that any future use or participation in the use of this federally registered trademark may result in a finding of civil or criminal contempt of court, or both.

11. Defendant understands, agrees, and accepts this Court as the forum in which to enforce the terms of this Injunction.

*I HEREBY ENTER MY APPEARANCE AND AGREE TO ENTRY OF THIS INJUNCTION, HAVING HAD FULL OPPORTUNITY TO CONSULT WITH COUNSEL.*

_____
JAMES DEL BROCK, JR.

**NOTARIZATION**

I certify the foregoing appeared before me on this \_\_\_ day of Jan 29, 2020, SUBCRIBED AND SWORN before me.

_____
Notary Public

IT IS SO ORDERED.

/s/ Robert T. Dawson
U.S. DISTRICT COURT JUDGE